IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DONALD W. SWEENEY,
    Plaintiff,

vs.                          Case No.: 3:15cv167/RV/EMT

ROYAL AUTOMOTIVE GROUP
d/b/a/ KIA,
    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 29, 2015 (doc. 8).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **TRANSFERRED** to the United States District Court for the District of Arizona, pursuant to 42 U.S.C. § 2000e-5(f)(3).

3.    The clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of May 2015.

                    /s/ Roger Vinson
                    **ROGER VINSON**
                    **SENIOR UNITED STATES DISTRICT JUDGE**